" Do the facts set forth in the second defense in defendant's answer (paragraphs ' eighth ' to ' twelfth,' inclusive) state a good and sufficient defense to the cause of action alleged in the complaint? "

*James W. Reid, Martin W. Littleton, R. W. Ragland* and *Owen N. Brown* for appellant.

*David Paine* for respondent.

Order affirmed, with costs, question certified answered in the negative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND. McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PATRICK McNULTY, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

(Submitted April 14, 1924; decided April 16, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 29.)

---

WALTON WATER COMPANY, Respondent, *v.* THE VILLAGE OF WALTON, Appellant.

(Submitted April 14, 1924; decided April 16, 1924.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 238 N. Y. 46.)